IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTEBAN DIAZ SOTO,<br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et. al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-1698 |

**ORDER**

AND NOW, this 7th day of October 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), the Respondents' response (ECF No. 5), and the Notice of Outcome of Bond Hearing (ECF No. 8), which reported that Petitioner Esteban Diaz Soto was released on bond on September 28, 2026, IT IS HEREBY ORDERED that the Petition (ECF No. 1) is hereby DENIED AS MOOT. The clerk shall mark this case closed.

BY THE COURT:

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE